311 F.Supp. 265 (1970)
James E. SWANN et al., Plaintiffs,
v.
The CHARLOTTE-MECKLENBURG BOARD OF EDUCATION et al., Defendants.
Civ. A. No. 1974.
United States District Court, W. D. North Carolina, Charlotte Division.
February 5, 1970.
*266 J. Levonne Chambers and Adam Stein, Charlotte, N. C., for plaintiffs.
Brock Barkley, William J. Waggoner, Weinstein, Waggoner, Sturges & Odom, and Benjamin S. Horack, Ervin, Horack & McCartha, Charlotte, N. C., for defendants.

ORDER
McMILLAN, District Judge.
On December 2, 1969, this court appointed Dr. John A. Finger, Jr., of Providence, Rhode Island, to study the Charlotte-Mecklenburg school system and advise the court how the schools could be desegregated. The defendant school board, by order of December 1, 1969, had been extended a fourth opportunity to submit a plan if they wished. Dr. Finger went to work; the school staff worked with him; and they have produced some extremely useful information and reports, which will be referred to in this order as the Board plan and the Finger plan.
Hearings on the plans were conducted on February 2 and February 5, 1970.
The board plan, prepared by the school staff, relies almost entirely on geographic attendance zones, and is tailored to the Board's limiting specifications. It leaves many schools segregated. The Finger plan incorporates most of those parts of the Board plan which achieve desegregation in particular districts by re-zoning; however, the Finger plan goes further and produces desegregation of all the schools in the system.
Taken together, the plans provide adequate supplements to a final desegregation order.
The court would like again to express appreciation to Dr. Finger for the intelligence, *267 resourcefulness and tact with which he has pursued his difficult assignment, and to Dr. William Self, Superintendent of the schools, and to his able staff, for the excellent work done by them in their difficult role of helping prepare one plan to comply with what the court believes the law requires, and simultaneously preparing another plan to suit the majority of the School Board who, at last reckoning, still did not appear to accept the court's order as representing the law of the land.
The court is also grateful to the Board's outside consultant, Mr. Weil, of Systems Associates, Inc., whose two hundred days of work and whose computer studies formed the building blocks, or points of departure, for much of the work of the others.
Recent appellate court decisions have hammered home the message that sixteen years of "deliberate speed" are long enough to desegregate tax supported schools. On October 29, 1969, in Alexander v. Holmes County, 396 U.S. 19, 90 S.Ct. 29, 24 L.Ed.2d 19, the Supreme Court ordered numerous Deep South school districts to be completely desegregated by January 1, 1970; schools in Atlanta, Miami and parts of Chicago have been ordered totally desegregated; the Supreme Court in January ordered February 1, 1970, desegregation of 300,000 pupils in six Gulf Coast states; the Fourth Circuit Court of Appeals in Nesbit v. Statesville, 418 F.2d 1040 (December 2, 1969), ordered elimination by January 1, 1970, of the racial characteristics of the last black schools in Durham, Reidsville and Statesville, North Carolina; and in Whittenberg v. Greenville, South Carolina, 424 F.2d 195, the Fourth Circuit Court of Appeals, in an opinion by Chief Judge Clement F. Haynsworth, Jr., has just last month ordered the desegregation by February 16, 1970, of the 58,000 students in Judge Haynsworth's own home town. Judge Robert Martin of Greenville, pursuant to that mandate, on February 2, 1970, ordered all the Greenville schools to be populated by February 16, 1970, on a basis of 80% white and 20% black.
In the Greenville opinion the court said:
"These decisions leave us with no discretion to consider delays in pupil integration until September 1970. Whatever the state of progress in a particular school district and whatever the disruption which will be occasioned by the immediate reassignment of teachers and pupils in mid-year, there remains no judicial discretion to postpone immediate implementation of the constitutional principles as announced in Green v. County School Board of New Kent County, 391 U.S. 430, 88 S.Ct. 1689, 20 L.Ed.2d 716; Alexander v. Holmes County Bd. of Educ., 396 U.S. 19, 90 S.Ct. 29, 24 L.Ed.2d 19 (Oct. 29, 1969); Carter v. West Feliciana Parish School Bd., 396 U.S. 1032, 90 S.Ct. 611, 24 L.Ed.2d 530 (Jan. 14, 1970)."
These decisions are binding on the United States District Court for the Western District of North Carolina. Unless that were true, the Constitution would mean whatever might be the temporary notion of whichever one of 340-odd federal judges happened to hear the case. This is a matter of law, not anarchy; of constitutional right, not popular sentiment.
The order which follows is not based upon any requirement of "racial balance." The School Board, after four opportunities and nearly ten months of time, have failed to submit a lawful plan (one which desegregates all the schools). This default on their part leaves the court in the position of being forced to prepare or choose a lawful plan. The fairest way the court knows to deal with this situation was stated clearly in the December 1, 1969 order, as follows:
"In default of any such plan from the school board, the court will start with the thought, originally advanced in the order of April 23, that efforts *268 should be made to reach a 71-29 ratio in the various schools so that there will be no basis for contending that one school is racially different from the others, but to understand that variations from that norm may be unavoidable."
Therefore, and in accordance with the specific, detailed, numbered guidelines of this court's order of December 1, 1969, it is ordered:
1. That the defendants discontinue the operation of segregated schools.
2. That the defendants take such action as is necessary to desegregate all the schoolsstudents and faculty.
3. That desegregation of faculty be accomplished, as previously ordered, by assigning faculty (specialized faculty positions excepted) so that the ratio of black and white faculty members of each school shall be approximately the same as the ratio of black and white faculty members throughout the system.
4. That teachers be assigned so that the competence and experience of teachers in formerly or recently black schools will not be inferior to those in the formerly or recently white schools in the system.
5. That no school be operated with an all-black or predominantly black student body.
6. That pupils of all grades be assigned in such a way that as nearly as practicable the various schools at various grade levels have about the same proportion of black and white students.
7. That transportation be offered on a uniform non-racial basis to all children whose reassignment to[1] any school is necessary to bring about the reduction of segregation, and who live farther from the school to which they are assigned than the Board determines to be walking distance. Estimates of the number of children who may have to be transported have run as high as 10,000 or more. Since the cost to the local system is about $18 or $20 a year per pupil, and the cost to the state in those areas where the state provides transportation funds is about another $18 or $20 a year per pupil, the average cost for transportation is apparently less than $40 per pupil per year. The local school budget is about $45,000,000 a year. It would appear that transporting 10,000 additional children, if that is necessary, and if the defendants had to pay it all, would add less than one per cent to the local cost of operating the schools. The significant point, however, is that cost is not a valid legal reason for continued denial of constitutional rights.
8. That if geographic zones are used in making school assignments, the parts of a zone need not be contiguous.
9. That the defendants maintain a continuing control over the race of children in each school, just as was done for many decades before Brown v. Board of Education, and maintain the racial make-up of each school (including any new and any re-opened schools) to prevent any school from becoming racially identifiable.
10. That "freedom of choice" or "freedom of transfer" may not be allowed by the Board if the effect of any given transfer or group of transfers is to increase the degree of segregation in the school from which the transfer is requested or in the school to which the transfer is desired.
11. That the Board retain its statutory power and duty to make assignments of pupils for administrative reasons, with or without requests from parents. Administrative transfers shall not be made if the result of such transfers is to restore or increase the degree *269 of segregation in either the transferor or the transferee school.
12. That if transfers are sought on grounds of "hardship," race will not be a valid basis upon which to demonstrate "hardship."
13. That the Board adopt and implement a continuing program, computerized or otherwise, of assigning pupils and teachers during the school year as well as at the start of each year for the conscious purpose of maintaining each school and each faculty in a condition of desegregation.
14. That the defendants report to the court weekly between now and May 15, 1970, reporting progress made in compliance with this order; and that they report thereafter on July 15, August 15, September 15 and November 1, 1970, and on February 1 and May 1, 1971.
15. That the internal operation of each school, and the assignment and management of school employees, of course be conducted on a non-racial, non-discriminatory basis.
16. The duty imposed by the law and by this order is the desegregation of schools and the maintenance of that condition. The plans discussed in this order, whether prepared by Board and staff or by outside consultants, such as computer expert, Mr. John W. Weil, or Dr. John A Finger, Jr., are illustrations of means or partial means to that end.[1a] The defendants are encouraged to use their full "know-how" and resources to attain the results above described, and thus to achieve the constitutional end by any means at their disposal. The test is not the method or plan, but the results.
17. The choice or approval or partial approval of any proposed desegregation plan is subject to all the requirements and restrictions of the preceding sixteen paragraphs, as well as to any later requirements or restrictions set out in this order.
18. Subject to the above, the Board's pupil assignment plan for senior high school pupils is approved, with one exception. This exception is that black students, some 300 in number, should be assigned from map grids 294D, 295C, 295D, and 318A, to attend Independence High School.
19. Although the Board junior high school plan is inferior in design and results to Dr. Finger's plan, it is a purely "home grown" product and the court would like to approve it, if it can be brought into compliance with law by desegregating Piedmont Junior High School, and by adding transportation as above indicated, and by increasing the black attendance at several outlying schools. The Board may if it wishes consider (1) re-zoning; (2) two-way transporting of pupils between outlying schools and Piedmont; (3) closing Piedmont and assigning the pupils to Albemarle Road, Carmel, McClintock and Quail Hollow. Unless the court has been notified in writing by noon of February 9, 1970, of an affirmative decision adopting one of these choices by formal *270 Board action, the junior high schools are directed to be desegregated according to Dr. Finger's plan, as illustrated by exhibits E and F.
20. The Board's plan for elementary schools, illustrated by exhibits G and H, cannot be approved because (1) it retains nine schools 83% to 100% black, serving over half the black elementary pupils, and (2) it leaves approximately half the 31,500 white elementary students attending schools that are 86% to 100% white; and (3) it promises to provide little or no transportation in aid of desegregation, even though the plan's zones in some cases are apparently five or six miles long. The Board plan for elementaries openly rejects the duty to eliminate all the black schools.
The Finger plan uses many of the same basic attendance lines as the Board plan; however, it does not stop short of the constitutional requirements, and by pairing and clustering groups of schools it achieves full desegregation of the elementary schools. The school staff worked out the details of this plan and are familiar with it. Its attendance zones are illustrated on the map, exhibit I; its elementary school populations are listed in exhibit J; and the pairing and grouping of the outlying and inner-city schools, grade by grade, are shown in detail on exhibit K. Subject to the qualifications previously stated, the Board are directed to follow the Finger plan with reference to elementary schools.
21. THE TIME TABLE: Deadlines to complete various phases of the program required in this order are as follows:
SENIOR HIGH SCHOOLS.  Seniors may remain in their present schools until the end of the school year; the Board may make any decision they deem wise about allowing seniors to transfer before graduation to schools where their race will be in the minority. Eleventh and tenth graders will be transferred to their new schools not later than the 4th day of May, 1970.
JUNIOR HIGH SCHOOLS (Grades 7, 8, 9).Complete desegregation shall be accomplished by the 4th day of May, 1970.
ELEMENTARY SCHOOLS (Grades 1 through 6).Complete desegregation shall be accomplished not later than the 1st day of April, 1970.
FACULTY.Complete desegregation of the various faculties shall be accomplished by the various times set out above for desegregation of the student bodies.
22. MODIFICATIONS.The intention of this order is to put on the Board the full duty to bring the schools into compliance with the Constitution as above outlined, but to leave maximum discretion in the Board to choose methods that will accomplish the required result. However, it is directed that leave of court be obtained before making any material departure from any specific requirement set out herein. The court will undertake to rule promptly on any such requests for deviation from prescribed methods.
23. APPEAL.The court claims no infallibility and does not seek to prevent appeal from all or any part of this order, and will allow the making of any record needed to present on appeal any contention the parties desire to make, and will do what this court can to expedite such appeal. However, in accordance with Whittenberg v. Greenville, supra, this order will not be stayed pending appeal, and immediate steps to begin compliance are directed.
24. All evidence in the cause and all findings and conclusions in previous orders which support or tend to support this order are relied upon in support of this order.
25. Jurisdiction of this cause is retained for further orders.

*271
Research Report
January 31, 1970 Exhibit B
 The Charlotte-Mecklenburg Schools
 DESEGREGATION PLAN for 1970-71
 Senior High Schools
------------------------------------------------------------------------------------------------------------------
 | | | |
School | 1970-71 | 1969-70 | Board Plan |
 | Capacity | | |
 | Base +20% | B W T %B | B W T %B |
------------------|------------------------|----------------------------------|----------------------------------|
 | | | |
East Mecklenburg | 1700 2040 | 215 1925 2140 10% | 360 1716 2076 17% |
Garinger | 1874 2249 | 492 2148 2640 18% | 721 1914 2635 27% |
Harding | 1202 1442 | 612 720 1332 45% | 395 692 1087 36% |
Independence | 1047 1256 | 101 1111 1212 9% | 23 1241 1264 2% |
Myers Park | 1679 2015 | 224 1767 1991 12% | 426 1883 2309 18% |
 | | | |
North Mecklenburg | 1158 1390 | 446 1185 1631 28% | 440 998 1438 31% |
Olympic | 807 968 | 351 512 863 41% | 201 687 888 23% |
South Mecklenburg | 1523 1828 | 90 2024 2114 5% | 482 1846 2328 21% |
West Charlotte | 1593 1912 | 1641 0 1641 100% | 597 1045 1642 36% |
West Mecklenburg | 1374 1649 | 141 1444 1585 9% | 494 998 1492 33% |
 | | | |
 Total | 13,957 16,749 |4,313 12,836 17,149 |4,139 13,020 17,159 |
[A1466] | | | |
 | | | |
 | | | |
 | | | |
 | | | |
 | | | |
 | | | |

*272
Research Report Exhibit D
January 31, 1970
 The Charlotte-Mecklenburg Schools
 DESEGREGATION PLAN for 1970-71
 Junior High Schools
---------------------------------------------------------------------------------------------------------------------------
 | 1970-71 | 1969-70 | |
 School | Capacity | | Board Plan |
 | Base +20% | B W T %B | B W T %B |
--------------------|------------------------|-------------------------------------|--------------------------------------|
Albemarle Road | 948 1138 | 63 995 1058 5% | 19 753 772 2% |
Alexander | 874 1049 | 328 761 1089 30% | 303 698 1001 30% |
Cochrane | 1190 1428 | 72 1544 1616 5% | 571 1150 1721 33% |
Coulwood | 704 845 | 101 770 871 12% | 313 551 864 36% |
Eastway | 1093 1312 | 61 1356 1417 4% | 375 971 1346 28% |
 | | | |
Alexander Graham | 996 1194 | 101 1028 1129 8% | 261 888 1149 23% |
Hawthorne | 850 910 | 550 472 1022 54% | 276 704 980 28% |
Kennedy | 801 961 | 802 9 811 99% | 325 510 835 39% |
McClintock | 923 1100 | 84 1288 1372 6% | 25 1048 1073 2% |
Northwest | 1068 1282 | 1032 1 1033 | 296 675 971 30% |
 | | | |
Pledmont | 631 757 | 408 55 463 89% | 758 84 842 90% |
Quail Hollow | 1238 1486 | 129 1421 1550 9% | 138 1144 1282 11% |
Randolph | 972 1170 | 279 710 989 28% | 307 683 990 31% |
Ranson | 851 1021 | 246 548 794 31% | 295 558 853 35% |
Sedgefield | 777 930 | 167 809 976 17% | 234 612 846 28% |
 | | | |
Smith | 1093 1312 | 51 1436 1487 4% | 330 957 1287 26% |
Spaugh | 826 1091 | 262 839 1101 24% | 346 752 1098 32% |
Williams | 801 967 | 1081 0 1081 100% | 336 722 1058 32% |
Wilson | 1044 1253 | 60 1145 1205 5% | 346 795 1141 30% |
 | | | |
Carmel | 558 670 | | 2 555 557 0% |
J. H. Gunn (Wilgrove|) 558 670 | | 49 470 519 9% |
 | | | |
 Total | 18,796 22,546 | 5,877 15,187 21,064 | 5,905 15,280 21,185 |
 | | | |
 | | | |
 | | | |
 | | | |

*273
 Exhibit F
 DESEGREGATION PLAN for Charlotte-Mecklenburg Schools
 Junior High Schools
----------------------------------------------------------------------------------------------
 | 1970-71 | 1969-70 | Court Consultant |
 School | Capacity | | Plan |
 | Base +20% | B W T %B | B W T %B |
------------------|---------------|-----------------------------|-----------------------------|
Albemarle Road | 948 1136 | 63 995 1058 5% | 292 696 988 30% |
Alexander | 874 1049 | 328 761 1089 30% | 335 690 1025 33% |
Cochrane | 1190 1428 | 72 1544 1616 5% | 370 984 1354 27% |
Coulwood | 704 845 | 101 770 871 12% | 245 568 813 30% |
Eastway | 1093 1312 | 61 1356 1417 4% | 351 839 1190 30% |
 | | | |
Alexander Graham | 996 1194 | 101 1028 1129 8% | 359 938 1297 28% |
Hawthorne | 850 910 | 550 472 1022 54% | 290 677 967 30% |
Kennedy | 801 961 | 802 9 811 99% | 184 606 790 23% |
McClintock | 923 1100 | 84 1288 1372 6% | 386 925 1311 30% |
Northwest | 1068 1282 | 1032 1 1033 | 336 736 1072 31% |
 | | | |
Piedmont | 631 757 | 408 55 463 89% | 243 538 781 32% |
Quail Hollow | 1238 1486 | 129 1421 1550 9% | 339 1050 1389 25% |
Randolph | 972 1170 | 279 710 989 28% | 402 832 1234 33% |
Ranson | 851 1021 | 246 548 794 31% | 264 583 847 31% |
Sedgefield | 777 930 | 167 809 976 17% | 171 641 812 21% |
 | | | |
Smith | 1093 1312 | 51 1436 1487 4% | 350 929 1279 27% |
Spaugh | 826 1091 | 262 839 1101 24% | 324 807 1131 29% |
Williams | 801 967 | 1081 0 1081 100% | 308 727 1035 30% |
Wilson | 1044 1253 | 60 1145 1205 5% | 230 570 800 29% |
 | | | |
Carmel | 558 670 | | 142 444 586 24% |
J. H. Gunn | 558 670 | | 49 475 524 9% |
 | | | |
 Total | 18,796 22,546 | 5,877 15,187 21,064 | 5,970 15,255 21,225 |
 | | | |
 | | | |
 | | | |

*274
Research Report Exhibit H, page 1.
January 31, 1970
 The Charlotte-Mecklenburg Schools
 DESEGREGATION PLAN for 1970-71
 Elementary Schools
--------------------------------------------------------------------------------------------------
 | 1970-71 | 1969-70[*] | |
 School | Capacity | | Board Plan |
 | Base +12% | B W T %B | B W T %B |
-------------------|----------------|------------------------------|------------------------------|
Albemarle Rd. | 432 484 | 4 510 514 1% | 4 469 473 1% |
Allenbrook | 540 605 | 61 452 513 12% | 59 496 555 11% |
Ashley Park | 621 696 | 27 574 601 4% | 155 421 576 27% |
Bain | 702 786 | 33 735 768 4% | 25 706 731 3% |
Barringer | 486 544 | 843 16 859 98% | 203 320 523 39% |
 | | | |
Berryhill | 836 936 | 98 639 737 13% | 247 574 821 30% |
Beverly Woods | 540 605 | 68 684 752 9% | 8 648 656 1% |
Billinsgville | 594 665 | 596 0 596 100% | 113 325 438 26% |
Briarwood | 540 605 | 6 680 686 1% | 2 663 665 0% |
Bruns Ave. | 675 756 | 759 10 769 99% | 624 73 697 90% |
 | | | |
Chantilly | 432 484 | 0 472 472 0% | 142 303 445 32% |
Clear Creek | 324 363 | 48 229 277 17% | 43 266 309 14% |
Collinswood | 621 696 | 111 443 554 20% | 224 448 672 33% |
Cornelius | 459 514 | 181 235 416 44% | 182 265 447 41% |
Cotswold | 540 605 | 23 537 560 4% | 128 449 577 24% |
 | | | |
Davidson | 324 363 | 104 186 290 36% | 102 174 276 32% |
Marie Davis | 756 847 | 662 0 662 100% | 666 82 748 88% |
Derita | 783 877 | 150 678 828 18% | 152 595 747 20% |
Devonshire | 648 726 | 0 903 903 0% | 0 925 925 0% |
Dilworth | 648 726 | 90 317 407 22% | 241 376 617 39% |
 | | | |
Double Oaks | 675 756 | 836 0 836 100% | 825 3 828 100% |
Druid Hills | 486 544 | 472 3 475 99% | 465 20 485 96% |
Eastover | 648 726 | 42 559 601 7% | 157 478 635 25% |
Elizabeth | 405 454 | 314 125 439 72% | 112 294 406 28% |
Enderly Park | 513 575 | 3 371 374 1% | 119 238 357 33% |

*275
 Exhibit H, page 2.
 The Charlotte-Mecklenburg Schools
 DESEGREGATION PLAN for 1970-71
 Elementary Schools
--------------------------------------------------------------------------------------------------
 | 1970-71 | 1969-70 | |
 School | Capacity | | Board Plan |
 | Base +12% | B W T %B | B W T %B |
-------------------|----------------|------------------------------|------------------------------|
First Ward | 702 786 | 805 0 805 100% | 770 7 777 99% |
Hickory Grove | 459 514 | 70 533 603 12% | 74 556 630 12% |
Hidden Valley | 648 726 | 0 1100 1100 0% | 1 1077 1078 0% |
Highland | 297 333 | 69 305 374 18% | 76 237 313 24% |
Hoskins | 297 333 | 13 212 225 6% | 124 219 343 36% |
 | | | |
Huntersville | 675 756 | 145 531 676 21% | 130 554 684 19% |
Huntingtowne Farms | 594 665 | 7 603 610 1% | 3 614 617 0% |
Idlewild | 567 635 | 47 581 628 7% | 59 549 608 10% |
Irwin Ave. | | 292 0 292 100% | [*] |
Amay James | 378 423 | 462 3 465 99% | 90 169 259 35% |
 | | | |
Lakeview | 378 423 | 346 89 435 80% | 119 285 404 29% |
Lansdowne | 756 847 | 75 802 877 9% | 79 719 798 10% |
Lincoln Heights | 648 726 | 711 0 711 100% | 903 6 909 99% |
Long Creek | 702 786 | 267 468 735 36% | 259 523 782 33% |
Matthews | 945 1058 | 86 802 888 10% | 81 837 918 9% |
 | | | |
Merry Oaks | 486 544 | 0 442 442 0% | 0 557 557 0% |
Midwood | 459 514 | 9 437 446 2% | 116 401 517 23% |
Montclaire | 675 756 | 0 718 718 0% | 1 781 782 0% |
Myers Park | 432 484 | 22 444 466 5% | 150 314 464 32% |
Nations Ford | 621 696 | 43 669 712 6% | 177 548 725 24% |
 | | | |
Newell | 594 665 | 74 438 512 14% | 64 436 500 13% |
Oakdale | 540 605 | 69 517 586 12% | 202 460 662 31% |
Oakhurst | 594 665 | 5 616 621 1% | 92 504 596 15% |
Oaklawn | 594 665 | 584 0 584 100% | 597 3 600 99% |
Olde Providence | 540 605 | 80 512 592 14% | 83 461 544 15% |

*276
 The Charlotte-Mecklenburg Schools
 Exhibit H, page 3
 DESEGREGATION PLAN for 1970-71
 Elementary Schools
--------------------------------------------------------------------------------------------------
 | 1970-71 | 1969-70 | |
 School | Capacity | | Board Plan |
 | Base +12% | B W T %B | B W T %B |
-------------------|----------------|------------------------------|------------------------------|
Park Road | 540 605 | 44 548 592 7% | 41 571 612 7% |
Paw Creek | 594 665 | 27 609 636 4% | 83 602 685 12% |
Paw Creek Annex | 270 302 | 30 271 301 10% | |
Pineville | 486 544 | 136 356 492 28% | 123 379 502 25% |
Pinewood | 648 726 | 0 674 674 0% | 0 900 900 0% |
 | | | |
Plaza Road | 459 514 | 80 340 420 19% | 181 350 531 34% |
Rama Road | 648 726 | 1 815 816 0% | 3 744 747 0% |
Sedgefield | 540 605 | 3 548 551 1% | 223 364 587 38% |
Selwyn | 486 544 | 31 617 648 5% | 32 459 491 7% |
Shamrock Gardens | 486 544 | 0 515 515 0% | 84 496 580 15% |
 | | | |
Sharon | 459 514 | 72 361 433 17% | 91 421 512 18% |
Starmount | 648 726 | 25 712 737 3% | 67 833 900 7% |
Statesville Road | 648 726 | 333 522 855 39% | 160 553 713 23% |
Steele Creek | 378 423 | 5 509 514 1% | 195 475 670 29% |
Thomasboro | 729 816 | 0 690 690 0% | 135 777 912 15% |
 | | | |
Tryon Hills | 486 544 | 309 164 473 65% | 200 342 542 37% |
Tuckaseegee | 540 605 | 58 578 636 9% | 57 510 567 10% |
University Park | 648 726 | 825 1 826 100% | 735 132 867 85% |
Villa Heights | 810 907 | 902 83 985 92% | 877 170 1047 83% |
Westerly Hills | 405 454 | 46 539 585 8% | 144 332 476 30% |
 | | | |
Wilmore | 378 423 | 222 210 432 51% | 153 250 403 38% |
Windsor Park | 648 726 | 1 748 749 0% | 1 782 783 0% |
Winterfield | 648 726 | 48 688 736 7% | 52 653 705 7% |
 | | | |
 Total | 40,391 45,239 | 13,010 31,278 44,288 | 12,885 31,523 44,408 |

*277
 Exhibit J, page 1
 DESEGREGATION PLAN for Charlotte-Mecklenburg Schools
 Elementary Schools
-------------------------------------------------------------------------------------------------
 | 1970-71 | 1969-70 | Court Consultant
 School | Capacity | | Plan
 | Base +20% | B W T %B | B W T %B
-------------------|----------------|------------------------------|-----------------------------
Albemarle Rd. | 432 434 | 4 510 514 1% | 162 336 500 32%
Allenbrook | 540 605 | 61 452 513 12% | 135 341 476 28%
Ashley Park | 621 696 | 27 574 601 4% | 175 426 601 29%
Bain | 702 786 | 33 735 768 4% | 25 706 731 3%
Barringer | 486 544 | 843 16 859 98% | 203 320 523 39%
 | | |
Perryhill | 836 936 | 98 639 737 13% | 247 574 821 30%
Beverly Woods | 540 605 | 68 684 752 9% | 186 446 632 29%
Billingsville | 594 665 | 596 0 596 100% | 113 325 438 26%
Briarwood | 540 605 | 6 680 686 1% | 256 479 735 35%
Bruns Avenue | 675 756 | 759 10 769 99% | 252 540 792 32%
 | | |
Chantilly | 432 484 | 0 472 472 0% | 142 333 475 30%
Clear Creek | 324 363 | 48 229 277 17% | 43 266 309 14%
Collinswood | 621 696 | 111 443 554 20% | 224 406 630 36%
Cornelius | 459 514 | 181 235 416 44% | 182 265 447 41%
Cotswold | 540 605 | 23 537 560 4% | 128 404 532 24%
 | | |
Davidson | 324 363 | 104 186 290 36% | 102 174 276 32%
Marie Davis | 756 847 | 662 0 662 100% | 193 532 725 27%
Derita | 783 877 | 150 678 828 18% | 167 625 792 21%
Devonshire | 648 726 | 0 903 903 0% | 333 624 957 35%
Dilworth | 648 726 | 90 317 407 22% | 241 376 617 39%
 | | |
Double Oaks | 675 756 | 836 0 836 100% | 234 496 730 32%
Druid Hills | 486 544 | 472 3 475 99% | 158 303 461 34%
Eastover | 648 726 | 42 559 601 7% | 157 445 602 26%
Elizabeth | 405 454 | 314 125 439 72% | 132 304 436 30%
Enderly Park | 513 575 | 3 371 374 1% | 150 270 420 36%
 | | |
[A1451] | | |

*278
 Exhibit J, page 2
 DESEGREGATION PLAN for Charlotte-Mecklenburg Schools
 Elementary Schools
-------------------------------------------------------------------------------------------------
 | 1970-71 | 1969-70 | Court Consultant
 School | Capacity | | Plan
 | Base +20% | B W T %B | B W T %B
-------------------|----------------|------------------------------|-----------------------------
First Ward | 702 786 | 805 0 805 100% | 265 686 951 28%
Hickory Grove | 459 514 | 70 533 603 12% | 272 439 711 38%
Hidden Valley | 648 726 | 0 1100 1100 0% | 310 679 989 31%
Highland | 297 333 | 69 305 374 18% | 76 237 313 24%
Hoskins | 297 333 | 13 212 225 6% | 139 244 383 36%
 | | |
Huntersville | 675 756 | 145 531 676 21% | 130 554 684 19%
Huntingtowne Farms | 594 665 | 7 603 610 1% | 205 414 619 33%
Idlewild | 567 635 | 47 581 628 7% | 190 410 600 32%
Irwin Avenue | | 292 0 292 100% | [*]
Amay James | 378 423 | 462 3 465 99% | 105 194 299 35%
 | | |
Lakeview | 378 423 | 346 89 435 80% | 139 280 419 33%
Lansdowne | 756 847 | 75 802 877 9% | 207 496 703 29%
Lincoln Heights | 648 726 | 711 0 711 100% | 241 456 697 35%
Long Creek | 702 786 | 267 468 735 36% | 259 523 782 33%
Matthews | 945 1058 | 86 802 888 10% | 81 837 918 9%
 | | |
Merry Oaks | 486 544 | 0 442 442 0% | 106 236 342 31%
Midwood | 459 514 | 9 437 446 2% | 116 446 562 21%
Montclaire | 675 756 | 0 718 718 0% | 280 504 784 36%
Myers Park | 432 484 | 22 444 466 5% | 150 445 595 25%
Nations Ford | 621 696 | 43 669 712 6% | 177 582 759 23%
 | | |
Newell | 594 665 | 74 438 512 14% | 74 546 620 12%
Oakdale | 540 605 | 69 517 586 12% | 250 460 710 35%
Oakhurst | 594 665 | 5 616 621 1% | 197 534 731 27%
Oaklawn | 594 665 | 584 0 584 100% | 226 594 820 28%
Olde Providence | 540 605 | 80 512 592 14% | 145 351 496 29%
 | | |
 | | |
 | | |
 | | |
 | | |
 | | |
 | | |
[A1452] | | |

*279
 Exhibit J, page 3
 Elementary Schools
-------------------------------------------------------------------------------------------------
 | 197071 | |
 School | Capacity | 1969-70 |
 | Base +20% | B W T %B | B W T %B
-------------------|----------------|------------------------------|-----------------------------
 Park Road | 540 605 | 44 548 592 7% | 143 359 507 29%
 Paw Creek | 594 665 | 27 609 636 4% | 160 395 555 29%
 Paw Creek Annex | 270 302 | 30 271 301 10% | 83 209 292 28%
 Pineville | 486 544 | 136 356 492 28% | 123 379 502 25%
 Pinewood | 648 726 | 0 674 674 0% | 283 697 980 29%
 | | |
 Plaza Road | 459 514 | 80 340 420 19% | 181 350 531 34%
 Rama Road | 648 726 | 1 815 816 0% | 273 493 766 36%
 Sedgefield | 540 605 | 3 548 551 1% | 223 364 587 38%
 Selwyn | 486 544 | 31 617 648 5% | 150 309 459 33%
 Shamrock Gardens | 486 544 | 0 515 515 0% | 174 511 685 25%
 | | |
 Sharon | 459 514 | 72 361 433 17% | 123 245 368 33%
 Starmount | 648 726 | 25 712 737 3% | 217 441 658 33%
 Statesville Road | 648 726 | 333 522 855 39% | 160 553 713 23%
 Steele Creek | 378 423 | 5 509 514 1% | 195 475 670 29%
 Thomasboro | 729 816 | 0 690 690 0% | 230 770 1000 23%
 | | |
 Tryon Hills | 486 544 | 309 164 473 65% | 107 262 369 29%
 Tuckaseegee | 540 605 | 58 578 636 9% | 119 300 419 28%
 University Park | 648 726 | 825 1 826 100% | 260 461 721 36%
 Villa Heights | 810 907 | 902 83 985 92% | 265 668 933 28%
 Westerly Hills | 405 454 | 46 539 585 8% | 144 332 476 30%
 | | |
 Wilmore | 378 423 | 222 210 432 51% | 153 250 403 38%
 Windsor Park | 648 726 | 1 748 749 0% | 272 561 833 33%
 Winterfield | 648 726 | 48 688 736 7% | 261 537 798 33%
 | | |
 Total | 40,391 | 13,010 44,288 | 12,984 44,370
 | 45,239 | 31,278 | 31,386

*280
 Exhibit K, page 1.
 ELEMENTARY SCHOOLS TO BE PAIRED
 Present School 1 - 4 5 - 6 Total
 and Count B W B W Pupils
---------------------------------------------------------------------------
 Albemarle Road 2 338 2 174 516
 Allenbrook 0 341 0 156 497
 Beverly Woods 1 446 1 249 697
 Briarwood 4 477 2 220 703
 Bruns Avenue 526 0 246 0 772
 Marie Davis 431 59 193 26 709
 Devonshire 0 624 0 276 900
 Double Oaks 585 2 232 0 819
 Druid Hills 310 2 158 1 471
 First Ward 533 0 262 0 795
 Hickory Grove 54 329 16 208 607
 Hidden Valley 0 677 0 302 979
 Huntingtowne Farms 0 414 0 195 609
 Idlewild 0 410 0 163 573
 Lansdowne 2 496 1 291 790
 Lincoin Heights 456 0 239 0 695
 Merry Oaks 0 236 0 119 355
 Montclaire 0 504 0 217 721
 Oaklawn 405 0 193 0 598
 Olde Providence 2 351 1 146 500
 Park Road 0 300 0 160 460
 Paw Creek 16 395 11 214 636
 Paw Creek Annex 27 209 3 53 292
 Pinewood 0 697 0 346 1043
 Rama Road 3 493 0 244 740
 Selwyn 0 284 0 188 472
 Sharon 0 245 0 117 362
 Starmount 19 441 6 228 694
 Tryon Hills 218 110 91 54 473
 Tuckaseegee 49 300 19 171 539
 University Park 550 0 260 0 810
 Villa Heights 683 114 264 48 1109
 Windsor Park 0 515 1 233 749
 Winterfield 0 494 0 199 693
 Total 4,876 10,303 2,201 4,998 22,378

*281
 Exhibit K, page 2.
 The Charlotte-Mecklenburg Schools
 ELEMENTARY SCHOOLS PAIRED
 Grade 1-4 Grade 5-6
 Schools Schools
 B W T % B W T %
Huntingtowne Farms
Sharon Bruns Avenue 252 540 792 32
Starmount
 545 1100 1645 33
Park Road Marie Davis 193 532 725 27
Pinewood
 431 1056 1487 29
Briarwood Double Oaks 234 496 730 32
Devonshire
 589 1103 1692 35
Hidden Valley Druid Hills 158 303 461 34
 310 679 989 31
Beverly Woods
Lansdowne First Ward 265 686 951 28
Olde Providence
 538 1293 1831 29
Albemarle Road
Idlewild Lincoln Heights 241 456 697 35
Merry Oaks
 458 984 1442 32
Allenbrook
Paw Creek
Paw Creek Annex Oaklawn 226 594 820 28
Tuckaseegee
 497 1245 1742 29
Hickory Grove Tryon Hills 107 262 369 29
 272 439 711 38
Montclaire
Rama Road University Park 260 461 721 36
 553 997 1550 36
Selwyn
Windsor Park Villa Heights 265 668 933 28
Winterfield
 683 1407 2090 33
 Total 4,876 15,179 2,201 7,199
 10,303 4,998

NOTES
[*] Assigned from area to
increase desegregation
 Oakhurst 105B
 Shamrock
 Gardens 90B
 Thomasboro
 95B

[1a] The following are exhibits to this order:

A. The Board's map of proposed senior high school attendance zones.
B. The Board's list of proposed senior high school populations.
C. The Board's map of proposed junior high school attendance zones.
D. The Board's list of proposed junior high school populations.
E. Dr. Finger's map of proposed junior high school attendance zones.
F. Dr. Finger's list of proposed junior high school populations.
G. The Board's map of proposed elementary school attendance zones.
H. The Board's list of proposed elementary school populations.
I. Dr. Finger's map of proposed elementary school attendance zones.
J. Dr. Finger's list of proposed elementary school populations.
K. Dr. Finger's list of pairing and grouping of elementary schools and grades.
[*] Assigned from area to
increase desegregation
 Oakhurst 105B
 Shamrock
 Gardens 90B
 Thomasboro
 95B

[*] Assigned from area to
increase desegregation
 Oakhurst 105B
 Shamrock
 Gardens 90B
 Thomasboro
 95B

[*] Assigned from area to
increase desegregation
 Oakhurst 105B
 Shamrock
 Gardens 90B
 Thomasboro
 95B